PER CURIAM.

(No. 74-CC-327—Claimant ▇▇▇▇▇▇

BURHAM CITY HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed March 20, 1974.*

BURHAM CITY HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWĂRD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.